TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

**FILED**

APR 0 1 2009

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CHANDLER,<br>LORENZO SEGOVIA, and<br>ALICIA WEATHERSTON,<br><br>Defendants. | CR 09-22 -M-DWM<br><br>INDICTMENT<br><br>CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (Count I)<br>Title 21 U.S.C. § 846<br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum five to 40 years imprisonment, $2,000,000 fine, and at least four years supervised release; loss of some federal benefits) |
|---|---|

| | |
|---|---|
| | **CONSPIRACY TO DISTRIBUTE COCAINE (Count III)**<br>**Title 21 U.S.C. § 846**<br>**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**<br>**(Count IV)**<br>**Title 21 U.S.C. § 841(a)(1)**<br>**(Penalty: 20 years imprisonment, $1,000,000 fine, and at least three years of supervised release)**<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT I

On or about January 21, 2009, and continuing until on or about January 22, 2009, in Mineral County, in the State and District of Montana, the defendants, KENNETH CHANDLER, LORENZO SEGOVIA, and ALICIA WEATHERSTON, knowingly and unlawfully conspired with each other, and others known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about January 22, 2009, in Mineral County, in the State and District of Montana, the defendants, KENNETH CHANDLER, LORENZO SEGOVIA, and ALICIA WEATHERSTON, knowingly and unlawfully possessed, with the intent to distribute, more than 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

On or about January 21, 2009, and continuing until on or about January 22, 2009, in Mineral County, in the State and District of Montana, the defendants, KENNETH CHANDLER, LORENZO SEGOVIA, and ALICIA WEATHERSTON, knowingly and unlawfully conspired with each other, and others known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT IV

On or about January 22, 2009, in Mineral County, in the State and District of Montana, the defendants, KENNETH CHANDLER, LORENZO SEGOVIA, and ALICIA WEATHERSTON, knowingly and

unlawfully possessed, with the intent to distribute, cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

WARRANT ✓✓✓ _____

BAIL _____

CRM/SUM _____